**UNITED STATES of America v. Beulah M. GAMBILL.**

No. 1973.

Circuit Court of Appeals, Tenth Circuit.

Sept. 25, 1939.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Hugh Webster, of Tulsa, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. James O. KOON, Administrator, etc., et al.**

No. 11575.

Circuit Court of Appeals, Eighth Circuit.

Aug. 30, 1939.

Maurice M. Milligan, U. S. Atty., and Charles L. Chalender, both of Kansas City, Mo.

Lawrence E. Goldman and Frank R. Daley, both of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant and stipulation of parties.

**UNITED STATES of America v. William W. LILLARD.**

No. 1995.

Circuit Court of Appeals, Tenth Circuit.

Oct. 24, 1939.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Benjamin E. Cook, of Ponca City, Okl., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. G. M. POTEET, Guardian of Parker M. Graham.**

No. 11580.

Circuit Court of Appeals, Eighth Circuit.

Sept. 5, 1939.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark.

Roy Gean, of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

**UNITED STATES of America, Appellant, v. STERN–SLEGMAN–PRINS COMPANY.**

No. 11507.

Circuit Court of Appeals, Eighth Circuit.

May 31, 1939.

Richard K. Phelps, Asst. U. S. Atty., of Kansas City, Mo.

No appearance entered for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of counsel for appellant.